United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICENTA W.,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

Case No. 25-cv-01991-SI

**JUDGMENT**

    The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this case to the Social Security Administration for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is hereby entered accordingly.

    **IT IS SO ORDERED AND ADJUDGED**.

Dated: March 20, 2026

SUSAN ILLSTON
United States District Judge